MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

RODNEY VILLAZOR  (NYBN 4003596)
Assistant United States Attorney
    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-7265
    Fax: (415) 436-7234
    E-mail: Rodney.Villazor@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 13-00578-RS |
|     Plaintiff, | ) ) | STIPULATED REQUEST TO SET STATUS HEARING TO APRIL 22, 2014 AND [PROPOSED] ORDER |
|     v. | ) ) | |
| RICHARD TROY FEATHER, | ) ) | Date:    April 1, 2014<br>Time:    2:30 p.m. |
|     Defendant. | ) ) | Court:   Hon. Richard Seeborg |

       IT IS HEREBY STIPULATED, by and between the parties to this action, that the presently scheduled status conference on April 1, 2014 at 2:30 p.m. before U.S. District Richard Seeborg, be vacated and that status conference be re-set to April 22, 2014 at 2:30 p.m.  Defendant Richard Troy Feather is currently enrolled in an intensive drug treatment program that is expected to be completed at the end of April 2014.  At the first status conference on January 28, 2014, the Court accepted the U.S Probation ("USPO") and the parties' proposal to hold the Form 12 violations in abeyance pending Defendant's completion of the drug treatment program.  The parties and the USO expect, upon Defendant's successful completion, a joint and final resolution can be proposed to the Court on April 22, 2014.  Accordingly, both government and defense counsel submit that the April 22, 2014 status conference will provide Defendant with the opportunity to substantially complete the drug treatment

STIP. REQUEST TO SET STATUS HEARING    1

program and allow the parties and USPO to make the appropriate evaluation of a proper and final proposed resolution to the Court. The government has consulted with U.S. Probation and has confirmed that the U.S. Probation Officer assigned to this matter is available on April 22, 2014.

DATED: March 27, 2014                Respectfully submitted,

                                     MELINDA HAAG
                                     United States Attorney

                                     _____/s/_____
                                     RODNEY C. VILLAZOR
                                     Assistant United States Attorney


                                     _____/s/_____
                                     JODI LINKER, AFPD
                                     Counsel for RICHARD TROY FEATHER


        IT IS HEREBY ORDERED, for good cause shown, the April 1, 2014 appearance in the above-captioned matter is vacated and the matter shall be added to the Court's calendar on April 22, 2014 at 2:30 p.m. to proceed with the status hearing.


IT IS SO ORDERED.

DATED:  3/27/14                      _____
                                     HON. RICHARD SEEBORG
                                     United States District Court Judge

STIP. REQUEST TO SET STATUS HEARING     2